**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **UNOWEB VIRTUAL, LLC,** | |
| *Plaintiff,* | **Civil Action No. 2:16-cv-00452-JRG** |
| v. | **LEAD CASE** |
| **EBAY, INC.,** | |
| *Defendant.* | |
| **UNOWEB VIRTUAL, LLC,** | |
| *Plaintiff,* | **Civil Action No. 2:16-cv-00162-JRG** |
| v. | |
| **ALLIANCE DATA SYSTEMS CORPORATION,** | |
| *Defendant.* | |

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered the Joint Motion to Dismiss With Prejudice (Dkt. No. 129) filed by Plaintiff UnoWeb Virtual, LLC ("Plaintiff") and Defendant Alliance Data Systems Corporation, the Court finds that the Motion should be and hereby is **GRANTED**. It is, therefore, **ORDERED** that all claims asserted in this action against Alliance Data Systems Corporation by Plaintiff and all claims asserted by Alliance Data Systems Corporation against Plaintiff are hereby **DISMISSED WITH PREJUDICE**.  Each party shall bear its own costs, expenses, and attorneys' fees.

The Clerk is directed to terminate Alliance Data Systems Corporation in lead case 2:16-cv-452 and to close the lead case. The Clerk is further directed to close member case 2:16-cv-162. Any and all motions between Plaintiff and Defendant Alliance Data Systems Corporation in this lead case or member case which are presently unresolved are hereby terminated as **MOOT**.

## So Ordered this

**Dec 1, 2016**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE